1  BARBARA I. ANTONUCCI (SBN 209039)
   bantonucci@constangy.com
2  JASMINE L. ANDERSON (SBN 252973)
   janderson@constangy.com
3  CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
   351 California St., Suite 200
4  San Francisco, CA 94104
   Phone:     415.918.3000
5  Facsimile: 415.918.3007

6  *Attorneys for Defendant*
   MARRIOTT RESORTS HOSPITALITY, CORP. and
7  MARRIOTT OWNERSHIP RESORTS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN KELLEY JAMISON,<br><br>      Plaintiff,<br>vs.<br><br>MARRIOTT RESORTS HOSPITALITY, CORP., a South Carolina Corporation; MARRIOTT OWNERSHIP RESORTS, INC., a Delaware Corporation; MANUEL SANCHEZ, an individual; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 2:19-cv-00635-KJM-KJN<br><br>***AMENDED* JOINT STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: April 15, 2019 |

Pursuant to Local Rule 144(a), the parties respectfully submit this Amended Joint Stipulation and [Proposed] Order as follows:

## **RECITALS**

WHEREAS, on April 15, 2019, Plaintiff Erin Kelley Jamison filed a Complaint for Damages ("Complaint") in this Court against Defendants Marriott Resorts Hospitality, Corp., Marriott Ownership Resorts, Inc., and Manual Sanchez for claims of (1) wrongful termination; (2) retaliation; (3) sexual harassment; (4) failure to prevent harassment; (5) slander; and (6) libel.

WHEREAS, on April 16, 2019, the Complaint was served on Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc.

WHEREAS, Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc. response(s) to the Complaint was initially due on May 7, 2019.

WHEREAS, Barbara I. Antonucci and Jasmine L. Anderson of Constangy, Brooks, Smith & Prophete, LLP, were recently engaged to represent Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc. in this action.

WHEREAS, Plaintiff and Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc. first agreed to a two-week extension, to May 21, 2019, for Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc. to respond to the Complaint.

WHEREAS, on May 20, 2019, Defendant Manuel Sanchez was served by Notice and Acknowledgement of Receipt and returned the Notice on May 21, 2019.

WHEREAS, Defendant Sanchez's response to the Complaint is due on June 11, 2019.

WHEREAS, the parties have agreed to extend the deadline for Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc. to respond to the Complaint to June 11, 2019, so that all Defendants may file and serve a responsive pleading at the same time.

WHEREAS, the Court has set a Status (Pretrial Scheduling) Conference for August 15, 2019. No other conferences or case-related deadlines have been set.

WHEREAS, the parties submitted one prior request for an extension of time to file a responsive pleading, which the Court deemed was not required at that time.

WHEREAS, good cause exists to extend the time to respond to the Complaint because the Complaint is 32 pages, and allowing the Defendants to respond at the same time promotes judicial economy.

## **STIPULATION**

1. The parties have agreed to extend the deadline for Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc. to respond to the Complaint to June 11, 2019, so that all Defendant may file and serve a responsive pleading at the same time.

2. Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc. may file their response(s) to the Complaint by no later than June 11, 2019.

**IT IS SO STIPULATED**.

DATED: May 21, 2019                     RUGGLES LAW FIRM

                                        By:  /s/ Matthew J. Ruggles
                                             Matthew J. Ruggles
                                             Attorneys for Plaintiff
                                             ERIN KELLEY JAMISON

DATED: May 21, 2019                     CONSTANGY, BROOKS SMITH & PROPHETE, LLP

                                        By:  /s/ Jasmine L. Anderson
                                             Barbara I. Antonucci
                                             Jasmine L. Anderson
                                             Attorneys for Defendants
                                             MARRIOTT RESORTS HOSPITALITY,
                                             CORP. and MARRIOTT OWNERSHIP
                                             RESORTS, INC.

**ORDER**

Based upon the stipulation of the Parties, and for good cause appearing, the Court orders that Defendants Marriott Resorts Hospitality, Corp. and Marriott Ownership Resorts, Inc. may file their response(s) to the Complaint by no later than June 11, 2019.

**IT IS SO ORDERED.**

DATED: May 30, 3019.

_____
UNITED STATES DISTRICT JUDGE