BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
JASMINE L. ANDERSON (SBN 252973)
janderson@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: 415.918.3000
Facsimile: 415.918.3034

Attorneys for Defendant
MARRIOTT RESORTS HOSPITALITY, CORP. and
MARRIOTT OWNERSHIP RESORTS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN KELLEY JAMISON,<br><br>　　　　Plaintiff,<br>vs.<br><br>MARRIOTT RESORTS HOSPITALITY, CORP., a South Carolina Corporation; MARRIOTT OWNERSHIP RESORTS, INC., a Delaware Corporation; MANUEL SANCHEZ, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00635-KJM-KJN<br><br>**JOINT STIPULATION TO SUBMIT CASE TO ARBITRATION AND DISMISS CASE WITH PREJUDICE; ORDER**<br><br>JUDGE:　HON. KIMBERLY J. MUELLER |

Plaintiff Erin Jamison ("Plaintiff") and Defendants Marriott Resorts Hospitality Corp., Marriott Ownership Resorts, Inc., and Manuel Sanchez ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court enter an order submitting this Action to binding arbitration and dismissing this Action with prejudice. The Parties make this request based upon the following:

-1-

STIPULATION TO SUBMIT MATTER TO　　　　　　　　　　CASE NO. 2:19-cv-00635-KJM-KJN
ARBITRATION AND ORDER



## **RECITALS**

WHEREAS, this Action arises out of Plaintiff's employment with Defendant Marriott Resorts Hospitality Corporation.

WHEREAS, on April 15, 2019, Plaintiff commenced this Action in this Court.

WHEREAS, Plaintiff's Complaint alleges claims for: (1) Wrongful Termination; (2) Retaliation; (3) Sexual Harassment; (4) Failure to Prevent Harassment; (5) Slander; and (6) Libel.

WHEREAS, on June 6, 2019, Defense Counsel informed Plaintiff's counsel for the first time that Defendants contend that Plaintiff signed an agreement to arbitrate any and all claims arising from her employment with Defendants.

WHEREAS, on June 11, 2019, the Marriott defendants filed their Motion to Compel Arbitration of this case and moved for an order compelling Plaintiff to submit this Action to arbitration and dismissing the Action, or in the alternative, staying this Action pending completion of arbitration.

WHEREAS, on June 21, 2019, Defendant Sanchez filed his Motion to Compel Arbitration and also moved for an order compelling Plaintiff to submit this Action to arbitration.

WHEREAS, on July 26, 2019, Plaintiff filed a Statement of Non-Opposition to Defendants' Motions.

WHEREAS, all Parties have agreed to arbitrate all claims brought in the Complaint pursuant to the terms outlined in the Parties' Stipulation, below.

## **STIPULATION**

1. This Action, *Erin Jamison v. Marriott Resorts Hospitality Corp. et al.*, Case No. 2:19-cv-00635-KJM-KJN (the "Action"), shall be submitted to final, binding and confidential arbitration in the Sacramento, California area.

2. The Parties agree to arbitrate the Action before JAMS and will meet and confer in good faith to select a mutually agreeable Arbitrator. If the parties are unable to agree to an Arbitrator, the Parties agree to use a strike list under JAMS to select an Arbitrator to hear the matter.

3. The Parties will agree to a mutually convenient location in the Sacramento, California area, for the Arbitration.

4. The Arbitration, including discovery, shall be conducted pursuant to the JAMS Employment Arbitration Rules & Procedures, which may be found online at https://www.jamsadr.com/rules-employment-arbitration/english#eighteen.

5. Any issues regarding the terms of this Joint Stipulation will be determined by the Arbitrator.

6. This Action shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: August 2, 2019     **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By  */s/ Jasmine L. Anderson*
   Barbara I. Antonucci
   Jasmine L. Anderson
   Attorneys for Defendants
   MARRIOTT RESORTS HOSPITALITY, CORP. and MARRIOTT OWNERSHIP RESORTS, INC.

DATED: August 2, 2019     **MEDINA McKELVEY LLP**

By  */s/ Brandon R. McKelvey*
   Brandon R. McKelvey
   Timothy B. Nelson
   Attorneys for Defendant
   MANUEL SANCHEZ

DATED: August 2, 2019     **RUGGLES LAW FIRM**

By  */s/Matthew J. Ruggles*
   Matthew J. Ruggles
   Adrian R. Bacon
   Attorneys for Plaintiff
   ERIN JAMISON

## **ORDER**

Based upon the stipulation of the Parties, and for good cause appearing, the Court orders that:

1. This Action, *Erin Jamison v. Marriott Resorts Hospitality Corp. et al.*, Case No. 2:19-cv-00635-KJM-KJN (the "Action"), is ordered into final, binding and confidential arbitration before JAMS in the Sacramento, California area, based on the terms of the Parties' Stipulation.

2. The Action is dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

-4-
STIPULATION TO SUBMIT MATTER TO ARBITRATION AND ORDER     CASE NO. 2:19-cv-00635-KJM-KJN

## PROOF OF SERVICE
***ERIN KELLEY JAMISON V. MARRIOTT RESORTS HOSPITALITY, CORP, ET AL.***
USDC Eastern District of California Case No. 2:19-CV-00635-KJM-KJN

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 351 California Street, Suite 200, San Francisco, CA 94104.

On **August 9, 2019**, I served true copies of the following document(s), on the interested parties in this action, described as:

**JOINT STIPULATION TO SUBMIT CASE TO ARBITRATION AND DISMISS CASE WITH PREJUDICE; [PROPOSED] ORDER**

| | |
|---|---|
| Matthew J. Ruggles | *Attorneys for Plaintiff* |
| RUGGLES LAW FIRM | Erin Kelley Jamison |
| 7940 California Avenue | |
| Fair Oaks, CA 95628 | |
| Tel: 916.758.5058 | |
| Fax: 916.758.8048 | |
| | |
| Brandon R. McKelvey | *Attorneys for Defendant* |
| Timothy B. Nelson | Manuel Sanchez |
| MEDINA McKELVEY LLP | |
| 938 Reserve Drive | |
| Roseville, CA 95678 | |
| Tel: 916.960.2211 | |
| Fax: 916.742.5488 | |

☑ **BY CM/ECF FILING:** Submitting an electronic version of the document(s) via portable document format (PDF) to the court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 9, 2019 in San Francisco, California.

_____
Luis Marquez

PROOF OF SERVICE